UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID QUANTRILLE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV-12-3027-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 27. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Stephanie Lynn F. Kiley represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 6. After considering the file and proposed order,

**IT IS ORDERED:**

1. The parties Motion to Remand, **ECF No. 27,** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct this matter be assigned to an administrative law judge (ALJ) who will further develop the record and hold a new hearing.

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

The ALJ shall reconsider the medical source opinions of record, including the opinions of the State agency physicians and the opinions of Dr. Anthony Francis. The ALJ shall provide specific and legitimate reasons for rejecting medical opinions in accordance with *Social Security Ruling* 96-2; reassess Plaintiff's residual functional capacity, and obtain supplemental testimony from a vocational expert, posing hypothetical questions to the vocational expert that include all limitations supported the record. The ALJ shall resolve all conflicts between the vocational expert's testimony and the information in the *Dictionary of Occupational Titles* (*DICOT*).

    2.    Judgment shall be entered for the **PLAINTIFF**.

    3.    Plaintiff's Motion for Summary Judgment, **ECF No. 22,** is stricken as moot.

    4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED January 9, 2013.

                      S/ CYNTHIA IMBROGNO
                  UNITED STATES MAGISTRATE JUDGE